**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000547
09-FEB-2024
07:57 AM
Dkt. 55 OAWST**

NOS. CAAP-20-0000547 and CAAP-23-0000089

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

COUNTY OF MAUI, Plaintiff-Appellee, v.
MICHAEL BASKIN, individually and as Co-Trustee of
THE PAIA PAD TRUST and THE PAIA PLACE TRUST; THE PAIA PAD TRUST;
THE PAIA PLACE TRUST; PAIA LIFE, LLC; SEASHORE PROPERTIES, LLC;
PAIA BAY PROPERTIES, LLC, Defendants-Appellants, and
JOHN DOES 1-20; JANE DOES 1-20; and
DOE ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CCV-20-0000103)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Leonard, Acting C.J. and Hiraoka and Wadsworth, JJ.)

Upon consideration of the January 16, 2024 Stipulation for Dismissal of Appeal (**Stipulation for Dismissal**), filed by Defendants-Appellants Michael Baskin, Individually and as Co-Trustee of the Paia Pad Trust and the Paia Place Trust, the Paia Pad Trust, the Paia Place Trust, Paia Life, LLC, Seashore Properties, LLC, and Paia Bay Properties LLC, the papers in support, and the record, it appears that: (1) the appeals in CAAP-20-0000547 and CAAP-23-0000089 are consolidated under CAAP-20-0000547; (2) the appeal has been docketed; (3) the parties stipulate to dismiss the consolidated appeal and represent that there are no outstanding fees due to the court; (4) the Stipulation for Dismissal is dated and signed by counsel for all parties appearing in the appeal; and (5) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal filed in case number CAAP-20-0000547 is approved and the consolidated appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, February 9, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge


/s/ Keith K. Hiraoka
Associate Judge


/s/ Clyde J. Wadsworth
Associate Judge